UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALBERTO VINCENT POGGIO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,<br><br>Defendant. | No. 8:20-CV-02115-CJC-ADS<br><br>**JUDGMENT**<br><br>Honorable Cormac J. Carney<br>United States District Judge |

This matter came before the Court on the parties' cross-motions for summary judgment, and then later on a bench trial on June 29, 2022. The Court issued its Memorandum Decision on July 6, 2022 (Doc. 35), finding that Defendant United States Office of Personnel Management's ("OPM") decision was arbitrary and capricious.

For the reasons stated therein, the Court hereby directs the clerk to enter a final judgment for Plaintiff and remand the action to OPM for a determination of benefits owed.

DATED: July 21, 2022

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE